COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION FOR REHEARING
## AND EN BANC RECONSIDERATION

Case number:      01-15-01055-CR

Style: *John Richard Smith, Appellant v. The State of Texas, Appellee*,
     No. 01-15-01055-CR

Type of motion:        Motion for rehearing and en banc reconsideration

Party filing motion:      Appellant

The panel has voted to deny rehearing. The en banc Court has voted unanimously to deny rehearing en banc.  Accordingly, it is **ordered** that appellant's motions for rehearing and en banc consideration are **denied**.

Judge's signature:  /s/ Jane Bland
                 Acting for the Court

Before: Chief Justice Radack and Justices Jennings, Keyes, Higley, Bland, Massengale, Brown, Huddle, and Lloyd.

Date: May 2, 2017